RECEIVED
IN LAKE CHARLES, LA
JAN 1 6 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| ROLAND LEBRUN, SR., ET AL. | : | DOCKET NO. 06-1326 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| WILLARD BUXTON, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT OF REMAND

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that plaintiffs' motion to remand [doc. # 12] be, and it is hereby GRANTED. The cause is remanded to the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana.

IT IS FURTHER ORDERED that the Clerk of Court certify a copy of this judgment, and forward the same to the Clerk of the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___ day of _____, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE